**Lakshmi ARUNACHALAM,**
**Plaintiff-Appellant**

v.

**FREMONT BANCORPORATION, a California Corporation, Fremont Bank, a California Corporation, Defendants-Appellees**

2015-1831

United States Court of Appeals,
Federal Circuit.

January 9, 2017

LAKSHMI ARUNACHALAM, Menlo Park, CA, pro se.

RAMSEY M. AL-SALAM, Perkins Coie, LLP, Seattle, WA, for defendants-appellees. Also represented by LANE M. POLOZO-LA.

### JUDGMENT

Per Curiam.

THIS CAUSE having been submitted on the briefs and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**